1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Mary L. Alvizo
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | MARY L. ALVIZO,                          ) Case No.: 2:15-cv-02591-FFM
                                              )
12 |                                          ) /~~PROPOSED~~/ ORDER OF
             Plaintiff,                       ) DISMISSAL
13 |                                          )
       vs.                                    )
14 | CAROLYN W. COLVIN, Acting                )
     Commissioner of Social Security,         )
15 |                                          )
                                              )
16 |         Defendant.                       )
                                              )
17

18
          The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
          IT IS SO ORDERED.
21

22 DATE:  December 2, 2015

23                          /S/ FREDERICK F. MUMM
                            THE HONORABLE FREDERICK F. MUMM
24                          UNITED STATES MAGISTRATE JUDGE

25

26