UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. ALVIZO, | ) No. CV 15-2591 FFM |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant, | ) |

Pursuant to the Order for Dismissal,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 2, 2015

      /S/ FREDERICK F. MUMM
      FREDERICK F. MUMM
      United States Magistrate Judge